(No. 887—Claimant awarded $433.02 with interest.)

JOHN CONNAGHAN, *et al.*, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed May 1, 1925.*

INHERITANCE TAX—*when claimant entitled to refund.*     Sec. 25.     There
being no dispute as to the law and facts in the case the court enters an
award in favor of claimant.

MARTINDALE & MARTINDALE, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLE-
TON, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

John Connaghan et al, claimants, file this claim for refund
of inheritance taxes to be due them under the provisions of
Section 25, Illinois Inheritance Tax laws.

It appears that claimant paid the sum of $443.39 with in-
terest $32.87 equal $476.26.

Later, on proper petition, the court re-assessed said tax
in sum of $32.00 and the interest thereon, to-wit: $2.40, equal
$34.40 due as inheritance tax, showing the sum of $441.86
less 2% retained by the county treasurer of Adams county,
being the sum of $8.84, leaving a balance due for refund to
claimants the sum of $433.02, together with interest thereon
at 3% per annum from February 1, 1924, to this date, which
is ordered paid to claimants, John Connaghan, Daniel Conna-
ghan, James. Connaghan, Mary Connaghan, Rose Gmeiner,
Mary Warrell, Margaret Robinson and Bridget Flannagan or
their legal representatives.